UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2018 MAY 25  A 9:36

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:18-cr-76-01-LM |
| ) | |
| ANGELA LOURETTE ) | |

## PRAECIPE FOR SUMMONS

The Clerk of said Court will issue a summons, an Information against the above-named defendant having been filed in the above-entitled case on the 25th day of May, 2018.

This 25th day of May, 2018.

SCOTT W. MURRAY
United States Attorney

By: /s/ Debra M. Walsh
Debra M. Walsh
Assistant U.S. Attorney

SUMMONS ISSUED: _____